UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV 15-2287-VAP (JEM)                                    Date   November 12, 2015

Title   Guillermo Rodriguez v J Steck et al

Present: The Honorable   John E. McDermott, United States Magistrate Judge

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

Proceedings:   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**

   Plaintiff is proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On October 5, 2015, the Court issued an Order Reopening Case and Granting Leave to File First Amended Complaint by November 3, 2015. Plaintiff was explicitly cautioned that failure to file a First Amended Complaint ("FAC") by the deadline set forth in the Court's Order of October 5, 2015, that a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

   The November 3, 2015, deadline to file the FAC has passed, and no FAC has been filed.

   In light of the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute and/or failure to comply with a Court order. Plaintiff shall file a written response to this Order to Show Cause no later than **November 23, 2015**.[1] Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline may result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a court order.

---

   [1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court. Upon the filing of a Response, the Order to Show Cause will stand submitted.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Filing of a First Amended Complaint consistent with the requirements of the Court's Order of October 5, 2015, shall be a satisfactory response to the Order to Show Cause.

No extensions of this deadline will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

cc: Parties

|  | : |
|---|---|
| Initials of Deputy Clerk | sa |