# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. STECK, et al.,<br><br>　　　　Defendants. | Case No. CV 15-2287-VAP (JEM)<br><br>**J U D G M E N T** |

　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: February 9, 2016

　　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE